RYAN SITTON CAMPAIGN
Brad Bailey  3/15/2014  1319
Salaries, Wages & Contract Labor:Contract L  4,000.00

Railroad Campaign  4,000.00

RYAN SITTON CAMPAIGN
Brad Bailey  3/17/2014  1320
Travel In District:Mileage  193.20

Railroad Campaign    Mileage  193.20

RYAN SITTON CAMPAIGN
Brad Bailey  3/17/2014  1321
Travel In District:Tolls  4.50

Railroad Campaign    Tolls  4.50

**RYAN SITTON CAMPAIGN**   1322
   Brad Bailey    3/17/2014
   Food & Beverage Expense:Staff Meals    12.98

   Railroad Campaign    Five Guys Burgers, Waco ,TX    12.98

**RYAN SITTON CAMPAIGN**   1354
   Brad Bailey    3/18/2014
   Contributions & Donations by COH or PAC:Lu    26.00

   Railroad Campaign    Greater Houston Council Republican Women    26.00

**RYAN SITTON CAMPAIGN**   1355
   Brad Bailey    3/22/2014
   Food & Beverage Expense:Staff Meals    22.00

   Railroad Campaign    Terry's Burgers

VAN SITTON CAMPAIGN                                                                                                  1356
  Brad Bailey                                                      3/27/2014
  Contributions & Donations by COH or PAC:Lu                                                                          15.00



Railroad Campaign        Montgomery County Republican Women                                                           15.00

| | | | |
|---|---|---|---|
| **RYAN SITTON CAMPAIGN** | | | 1357 |
| Brad Bailey | | 4/23/2014 | |
| Travel In District:Lodging | | | 132.00 |
| Railroad Campaign | Hampton Inn | | 132.00 |

| | | | |
|---|---|---|---|
| **RYAN SITTON CAMPAIGN** | | | 1358 |
| Brad Bailey | | 4/23/2014 | |
| Contributions & Donations by COH or PAC:P | | | 29.00 |
| Railroad Campaign | Tarrant County Town Hall | | 29.00 |

| | | | |
|---|---|---|---|
| **RYAN SITTON CAMPAIGN** | | | 1359 |
| Brad Bailey | | 4/30/2014 | |
| Salaries, Wages & Contract Labor:Contract L | | | 4,000.00 |
| Railroad Campaign | Contract Labor | | 4,000.00 |

Brad Bailey                                                                                  4/30/2014
Travel In District:Mileage                                                                    554.05

Railroad Campaign        Mileage                                                              554.05