**RYAN SITTON CAMPAIGN**
    Brad Bailey                                                                                           3/15/2014                                        1319
    Salaries, Wages & Contract Labor:Contract L                                                                                                                                                           4,000.00

        Railroad Campaign                                                                                                                                                 4,000.00

**RYAN SITTON CAMPAIGN**
    Brad Bailey                                                                                           3/17/2014                                        1320
    Travel In District:Mileage                                                                                                                         193.20

        Railroad Campaign     Mileage                                                                                                       193.20

**RYAN SITTON CAMPAIGN**
    Brad Bailey                                                                                           3/17/2014                                        1321
    Travel In District:Tolls                                                                                                                             4.50

        Railroad Campaign     Tolls                                                                                                        4.50

**RYAN SITTON CAMPAIGN**
    Brad Bailey      3/17/2014      1322
    Food & Beverage Expense:Staff Meals      12.98

    Railroad Campaign      Five Guys Burgers, Waco ,TX      12.98

**RYAN SITTON CAMPAIGN**
    Brad Bailey      3/18/2014      1354
    Contributions & Donations by COH or PAC:Lu      26.00

    Railroad Campaign      Greater Houston Council Republican Women      26.00

**RYAN SITTON CAMPAIGN**
    Brad Bailey      3/22/2014      1355
    Food & Beverage Expense:Staff Meals      22.00

    Railroad Campaign      Terry's Burgers

VAN SITTON CAMPAIGN  
Brad Bailey 3/27/2014  
Contributions & Donations by COH or PAC:Lu 15.00

Railroad Campaign      Montgomery County Republican Women                                    15.00

VAN SITTON CAMPAIGN  
Brad Bailey 3/27/2014  
Contributions & Donations by COH or PAC:Lu 15.00

1356

**RYAN SITTON CAMPAIGN**     1357
   Brad Bailey     4/23/2014
   Travel In District:Lodging     132.00

   Railroad Campaign     Hampton Inn     132.00

**RYAN SITTON CAMPAIGN**     1358
   Brad Bailey     4/23/2014
   Contributions & Donations by COH or PAC:P     29.00

   Railroad Campaign     Tarrant County Town Hall     29.00

**RYAN SITTON CAMPAIGN**     1359
   Brad Bailey     4/30/2014
   Salaries, Wages & Contract Labor:Contract L     4,000.00

   Railroad Campaign     Contract Labor     4,000.00

Brad Bailey 4/30/2014
Travel In District:Mileage 554.05

Railroad Campaign    Mileage 554.05