UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 14-10741 |
| BRADLEY PAUL BAILEY | § | |
| | § | |
| Debtor(s) | § | Chapter 7 |

### DEBTOR'S MOTION FOR RESET OF DEADLINES IN CONNECTION WITH A RESET § 341 MEETING OF CREDITORS

BRADLEY PAUL BAILEY, Debtor, files this *Motion for Reset of Deadlines in Connection With a Reset 341 Meeting of Creditors*, and would show the Court as follows:

1. The Movant is BRADLEY PAUL BAILEY, Debtor in this case. The §341 meeting of creditors was scheduled for June 5, 2014 at 11:00 a.m.

2. Debtor's counsel notified the Chapter 7 Trustee, Ron Satija, that the above Debtor will be out of town for business on June 5, 2014, and requested that the §341 Meeting of Creditors be reset. The Trustee has reset the §341 Meeting of Creditors for June 26, 2014, at 3:00 p.m.

4. The Debtor requests that the deadlines for the filing of objections to discharge or dischargeability, filing objections to exemptions and filing reaffirmation agreements and filing motions under §707(b) be extended based on the date of the reset §341 Meeting of Creditors, June 26, 2014.

WHEREFORE, BRADLEY PAUL BAILEY, Debtor, prays that the deadlines for the filing of objections to discharge or dischargeability, filing objections to exemptions and filing reaffirmation agreements and filing motions under §707(b) be extended based on the date of the reset §341 Meeting of Creditors, and for other just relief.

        LAURA DALE & ASSOCIATES, P.C.

        /s/ Liza A. Greene_____
        LIZA A. GREENE
        State Bar No. 14547800/Fed. Id. No. 6709
        1800 St. James Place, Suite 620
        Houston, Texas 77056
        Tel: (713) 600-1717
        Fax: (713) 600-1718
        lgreene@dalefamilylaw.com
        Attorney for Debtor

## **CERTIFICATE OF SERVICE**

      This is to certify that the foregoing Motion for Reset of Deadlines in connection with a Reset 341 Meeting of Creditors was sent by electronic filing, facsimile and/or mailed by regular mail, postage pre-paid on the \_\_23rd_____ day of \_\_\_May\_\_\_, 2014, to the following interested parties and to all creditors as shown on the attached Service List:

    Ron Satija
    P.O. Box 660208
    Austin, Texas 78766

        /s/ Liza A. Greene_____
        Liza A. Greene
        Attorney for Debtor