UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 14-10741 |
| BRADLEY PAUL BAILEY | § | |
| | § | |
| Debtor(s) | § | Chapter 7 |

**NOTICE OF RESET §341 MEETING OF CREDITORS**

Please take notice that the time of the §341 Meeting of Creditors is this case has been continued to June 26, 2014, at 3:00 PM., in Room 118, Thornberry Judicial Building, 903 San Jacinto, Austin, Texas.

LAURA DALE & ASSOCIATES, P.C.

/s/ Liza A. Greene
LIZA A. GREENE
State Bar No. 14547800/Fed. Id. No. 6709
1800 St. James Place, Suite 620
Houston, Texas 77056
Tel: (713) 600-1717
Fax: (713) 600-1718
lgreene@dalefamilylaw.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Notice of Reset of Deadlines in connection with a Reset 341 Meeting of Creditors was sent by electronic filing, facsimile and/or mailed by regular mail, postage pre-paid on the __23rd____ day of ___May____, 2014, to the following interested parties and to all creditors as shown on the attached Service List:

Ron Satija
P.O. Box 660208
Austin, Texas 78766

/s/ Liza A. Greene
Liza A. Greene
Attorney for Debtor