**Bradley Paul Bailey – Service List**

11th Judicial District Court
201 Caroline
Houston, TX 77002

215th Judicial District Court
201 Caroline
Houston, TX 77002

334th Judicial District Court
201 Caroline
Houston, TX 77002

Alan & Michelle Jacobs
c/o William J. Robinson
2405 Smith Street
Houston, TX 77006

Bailey Family Restaurant Group, LLC
c/o Monty Partners, LLP
Registered Agent
18964 Groschke Road
Houston, TX 77084

Bailey's American Grille #1, LP
18646 Prince William Lane
Nassau Bay, TX 77058

County Court at Law No. 4
201 Caroline
Houston, TX 77002

Fisher Commercial Construction, Inc.
c/o Ben Westcott
Andrews Myers, P.C.
3900 Essex Lane, Suite 800
Houston, TX 77027

Green Tree
P.O. Box 6172
Rapid City, SD 57709-6172

Greentree Mortgage
P.O. Box 6172
Rapid City, SD 57709-6172

James William Freyer
14200 Gulf Freeway, Suite 101
Houston, TX 77034

Julie S. Bailey
18646 Prince William Lane
Houston, TX 77058

Kimberly Park Communications, Inc.
c/o Richard H. Parker
1301 Leeland, Suite 100
Houston, TX 77002

Leyh & Payne, LLP
9545 Katy Freeway, Suite 200
Houston, TX 77080

Matt Wiggins
P.O. Box 139
Kemah, TX 77565

NCO Financial Systems
P.O. Box 15740
Wilmington, DE 19850-6740

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19101

Nexus Disposal, LLC
6131 Thomas Road
Houston, TX 77041

Peter E. Pratt, Jr.
1800 Bering Drive, Suite 315
Houston, TX 77057

Phil Sandlin, Constable
Harris County Precinct 8
7330 Spencer Highway, Suite 107
Pasadena, TX 77505

Progressive Insurance

Rewards Network
c/o National Commerical Services, Inc.
6644 Valjean Ave., Suite 100
Van Nuys, CA 91406

State of Texas
c/o Greg Abbott
Attorney General of Texas
P.O. Box 12548
Austin, TX 78711

```
Texas Citizen's Bank
4949 Fairmont Pkwy.
Pasadena, TX 77505

Travis County District Clerk
Travis County Courthouse Complex
P.O. Box 679003
Austin, TX 78767
```

14-10741-hcm Doc#8-1 Filed 05/23/14 Entered 05/23/14 15:38:43 Exhibit Service List Pg 2 of 2