**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 27, 2014.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | Case No. 14-10741 |
| BRADLEY PAUL BAILEY § | | |
| § | | |
| Debtor(s) § | | Chapter 7 |

### ORDER EXTENDING DEADLINES TO FILE OBJECTIONS TO DISCHARGE AND DISCHARGEABILITY, REAFFIRMATION AGREEMENTS AND MOTIONS UNDER §707(b)

The Court has considered the Debtor's Motion for Reset of Deadlines in Connection With a Reset §341 Meeting of Creditors. The Court finds that the deadlines should be extended to 60 days from the reset §341 meeting of creditors. It is therefore

ORDERED that the deadlines for the filing of objections to discharge or dischargeability, and filing reaffirmation agreements and filing motions under §707(b) be extended until  August 26, 2014   which is 60 days after the date of the reset §341 Meeting of Creditors, which is June 26, 2014, at 3:00 p.m. in Room 118, Thornberry Building, 903 San Jacinto, Austin, Texas. The Debtor shall be responsible for sending notice to the creditors.

###