**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 27, 2014.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 14-10741 |
| BRADLEY PAUL BAILEY | § | |
| | § | |
| Debtor(s) | § | Chapter 7 |

### ORDER EXTENDING DEADLINES TO FILE OBJECTIONS TO DISCHARGE AND DISCHARGEABILITY, REAFFIRMATION AGREEMENTS AND MOTIONS UNDER §707(b)

The Court has considered the Debtor's Motion for Reset of Deadlines in Connection With a Reset §341 Meeting of Creditors. The Court finds that the deadlines should be extended to 60 days from the reset §341 meeting of creditors. It is therefore

ORDERED that the deadlines for the filing of objections to discharge or dischargeability, and filing reaffirmation agreements and filing motions under §707(b) be extended until August 26, 2014 which is 60 days after the date of the reset §341 Meeting of Creditors, which is June 26, 2014, at 3:00 p.m. in Room 118, Thornberry Building, 903 San Jacinto, Austin, Texas. The Debtor shall be responsible for sending notice to the creditors.

###

United States Bankruptcy Court
Western District of Texas

In re:  
Bradley Paul Bailey  
    Debtor

Case No. 14-10741-hcm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: beniteze     Page 1 of 1     Date Rcvd: May 27, 2014  
                       Form ID: pdfapac     Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2014.
db         +Bradley Paul Bailey,    P.O. Box 685043,    Austin, TX 78768-5043
16144201   +11th Judicial District Court,    201 Caroline,    Houston, TX 77002-1941
16144202   +334th Judicial District Court,    201 Caroline,    Houston, TX 77002-1935
16144203   +Alan & Michelle Jacobs,    c/o William J. Robinson,    2405 Smith Street,    Houston, TX 77006-2315
16144204   +Fisher Commercial Construction, Inc.,    c/o Ben Westcott,    Andrews Myers, P.C.,
             3900 Essex Lane, Suite 800,    Houston, TX 77027-5198
16144206   +Julie S. Bailey,    18646 Prince William Lane,    Houston, TX 77058-4225
16144207   +Peter E. Pratt, Jr.,    1800 Bering Drive, Suite 315,    Houston, TX 77057-3170
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16144205       E-mail/Text: bankruptcy.bnc@gt-cs.com May 27 2014 23:53:49      Green Tree,    P.O. Box 6172,
                Rapid City, SD 57709-6172
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2014                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2014 at the address(es) listed below:
              Liza A. Greene    on behalf of Debtor Bradley Paul Bailey lgreene@dalefamilylaw.com,
               sangel@dalefamilylaw.com
              Ron Satija    rsatija@satijatrustee.com,
               ecf@satijatrustee.com;rs135@trustesolutions.com;RS135@trustesolutions.net
              United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 3
```