UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 14-10741 |
| BRADLEY PAUL BAILEY | § | |
| | § | |
|    Debtor | § | Chapter 7 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

     PLEASE TAKE NOTICE that the undersigned is counsel for TEXAS CITIZENS BANK, N.A., a party-in-interest in this case. Pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007, and 9010, TEXAS CITIZENS BANK, N.A. hereby requests that the undersigned attorney receives notice of all filings required to be served on any party-in-interest in this case. This request includes all notices and papers, however transmitted, that affect the debtor in this matter or the property in the possession, care, custody, or control of the debtor or the debtor's estate. All notices given and all papers served in this matter are to be served upon:

        James William Freyer
        Attorney at Law
        14200 Gulf Freeway, Suite 101
        Houston, Texas 77034
        281.922.7522
        281.922.5483 (fax)
        jim@jwfreyer.com

DATED as of June 2, 2014.

        Respectfully submitted,

        /s/ James William Freyer
        _____
        JAMES WILLIAM FREYER
        Attorney in Charge
        Texas Bar No. 07450700
        14200 Gulf Freeway, Suite 101
        Houston, Texas 77034
        281.922.7522
        281.922.5483 (Fax)
        jim@jwfreyer.com
        Attorney for TEXAS CITIZENS BANK, N.A.

## CERTIFICATE OF SERVICE

I certify that on **June 2, 2014,** a true and correct copy of the foregoing instrument was served on all parties listed on the attached service list via the Court's CM/ECF system or by regular first class mail.

        /s/ James William Freyer
        _____
        James William Freyer

**SERVICE LIST**

Bradley Paul Bailey
PO Box 685043
Austin, Texas 78768

Liza Greene
Laura Dale & Associates, P.C.
1800 St. James Place, Suite 620
Houston, Texas 77056

Ron Satija
PO Box 660208
Austin, Texas 78766

11th Judicial District Court
201 Caroline
Houston, TX 77002

215th Judicial District Court
201 Caroline
Houston, TX 77002

334th Judicial District Court
201 Caroline
Houston, TX 77002

Alan & Michelle Jacobs
c/o William J. Robinson
2405 Smith Street
Houston, TX 77006

Bailey Family Restaurant Group, LLC
c/o Monty Partners, LLP
Registered Agent
18964 Groschke Road
Houston, TX 77084

Bailey's American Grille #1, LP
18646 Prince William Lane
Nassau Bay, TX 77058

County Court at Law No. 4
201 Caroline
Houston, TX 77002

Fisher Commercial Construction, Inc.
c/o Ben Westcott
Andrews Myers, P.C.
3900 Essex Lane, Suite 800
Houston, TX 77027

Green Tree
P.O. Box 6172
Rapid City, SD 57709-6172
Greentree Mortgage
P.O. Box 6172
Rapid City, SD 57709-6172

Julie S. Bailey
18646 Prince William Lane
Houston, TX 77058

Kimberly Park Communications, Inc.
c/o Richard H. Parker
1301 Leeland, Suite 100
Houston, TX 77002

Leyh & Payne, LLP
9545 Katy Freeway, Suite 200
Houston, TX 77080

Matt Wiggins
P.O. Box 139
Kemah, TX 77565

NCO Financial Systems
P.O. Box 15740
Wilmington, DE 19850-6740

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19101

Nexus Disposal, LLC
6131 Thomas Road
Houston, TX 77041

Peter E. Pratt, Jr.
1800 Bering Drive, Suite 315
Houston, TX 77057

Phil Sandlin, Constable
Harris County Precinct 8
7330 Spencer Highway, Suite 107
Pasadena, TX 77505

Progressive Insurance
Rewards Network
c/o National Commercial Services, Inc.
6644 Valjean Ave., Suite 100
Van Nuys, CA 91406

2

State of Texas
c/o Greg Abbott
Attorney General of Texas
P.O. Box 12548
Austin, TX 78711

Texas Citizen's Bank
4949 Fairmont Pkwy.
Pasadena, TX 77505

Travis County District Clerk
Travis County Courthouse Complex
P.O. Box 679003
Austin, TX 78767